**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THURMAN GAINES, | ) | NO. ED CV 17-648-JVS(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL VY, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: August 16, 2017.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE